**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION**

| | |
|---|---|
| Susan Shott,<br>*Plaintiff*,<br>*v.*<br>County of McHenry, Illinois et al.,<br>*Defendants*. | Case No. 3:22-cv-50075<br>Hon. Michael F. Iasparro |

## REPORT AND RECOMMENDATION

Case called for an in-person motion hearing on 8/18/2026. Plaintiff Susan Shott failed to appear at today's hearing as previously ordered on 7/28/2026. See Dkt. 67. The Court's order setting the 8/18/2026 hearing was mailed to Plaintiff at her address of record and emailed to her email address of record. The Court's mailing was returned to the Clerk's Office with the notation that the Postal Service was "unable to forward," and Plaintiff had not (and still has not) provided any change of address information to the Clerk's Office. Defense counsel reports continued lack of communication with Plaintiff and Plaintiff's failure to appear for her state court matters. Plaintiff has not notified the Court or defense counsel of any reason for her failure to appear. Accordingly, it is this Court's report and recommendation that Defendants' Motion to Dismiss for Want of Prosecution [66] be granted and this case be dismissed pursuant to Federal Rule of Civil Procedure 41(b). Any objection to this Report and Recommendation must be filed by 9/1/2026. See Fed. R. Civ. P. 72(b). Failure to file a timely objection may result in waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260–61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff Susan Shott.

Entered: August 18, 2026

By: ______________________
Michael F. Iasparro .
U.S. Magistrate Judge