**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Susan Shott, | ) | |
| Plaintiff, | ) | |
| | ) | No. 22 CV 50075 |
| v. | ) | Judge Iain D. Johnston |
| | ) | |
| County of McHenry, Illinois, *et al.*, | ) | |
| Defendants. | ) | |

# ORDER

Before the Court is Magistrate Judge Iasparro's Report and Recommendation that the Court grant the defendant's motion [66] to dismiss this case under Fed. R. Civ. P. 41(b) for want of prosecution. Dkt. 70. According to the motion, defense counsel was unable to reach Ms. Shott to participate in filing the joint status report due 7/27/2026. As a result, the defendants filed the report on their own, noting that Ms. Shott's state criminal matter was set for trial on 7/13/2026, but she never showed up and the state court issued a warrant for her arrest. The defendants also filed a motion seeking dismissal for want of prosecution based on Ms. Shott's failure to participate in preparing the status report. Judge Iasparro set the defendants' motion for presentment on 8/18/2026, and mailed notice of the presentment to Ms. Shott both by e-mail and postal mail. But Ms. Shott did not appear in court on 8/18/2026, and Post Office returned the notice mailed to her street address on the docket as undeliverable. To date, she has not updated her street address. On 8/18/2026 Judge Iasparro issued his Report and Recommendation that the defendants' motion to dismiss be granted, gave Ms. Shott to 9/1/2026, to object, but to date she has not done so. Based on her continuing failure to participate in this case, as well as the lack of any objection, the Court lifts the stay, adopts Judge Iasparro's Report and Recommendation [70], grants the defendants' motion to dismiss [66], and dismisses this case under Fed. R. Civ. P. 41(b) for want of prosecution. Civil case terminated.

Date: September 16, 2026 By: ______________________

Iain D. Johnston
United States District Judge